Case: **2:17-cr-00050**
Assigned To : **Shelby, Robert J.**
Assign. Date : **1/24/2017**
Description: **USA v. Sanchez**

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1089 1:08CR-00079-03D |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:17cr50-RJS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Pablo Sanchez<br>1175 South 200 West #3,<br>Salt Lake City, UT 84101 | WYOMING | U.S. PROBATION OFFICE |
| | NAME OF SENTENCING JUDGE | |
| | Honorable William F. Downes, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/27/2016 — TO 07/26/2021 |

FILED U.S. DISTRICT COURT 2017 JAN 24 A 8:06 DISTRICT OF UTAH BY: _____ DEPUTY CLERK

**OFFENSE**
Conspiracy to Possess With Intent to Distribute, and to Distribute Methamphetamine [21 U.S.C. 841(a)(1), (b)(1)(A), and 846]

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **WYOMING**

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF UTAH** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/19/2017
*Date*

*/s/ Nancy D. Freudenthal*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 23, 2017
*Effective Date*

*/s/ David Nuffer*
*United States District Judge*