# U.S. District Court
# District of Wyoming (Casper)
# CRIMINAL DOCKET FOR CASE #: 1:08-cr-00079-WFD-3

| | |
|---|---|
| Case title: USA v. Wallace et al | Date Filed: 03/21/2008 |
| | Date Terminated: 11/25/2008 |

Assigned to: the Honorable William F Downes

### Defendant (3)

| | |
|---|---|
| **Pablo Sanchez**<br>*TERMINATED: 11/25/2008* | represented by **Peter Craig Silva**<br>WILLIAMS PORTER DAY & NEVILLE<br>159 North Wolcott, Suite 400<br>P O Box 10700<br>Casper, WY 82602<br>307/265-0700<br>Fax: 307/266-2306<br>Email: csilva@wpdn.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (conspiracy to possess with intent to distribute and to distribute methamphetamine 21:846, 841(a)(1) and (b)(1)(A)<br>(1) | Sentenced to 216 months imprisonment; 5 years supervised release with special conditions; pay $100 special assessment; fine waived.<br>**Per order filed 5/13/15 - The Defendants sentence is reduced to 120 months imprisonment on Count 1.** |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **Stuart S Healy , III**
UNITED STATES ATTORNEYS OFFICE
2120 Capitol Avenue
4th Floor
PO Box 668
Cheyenne, WY 82001
307/772-2124
Fax: 307/772-2123
Email: stuart.healy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2008 | 1 | INDICTMENT as to Dwight David Wallace (1) count(s) 1, Shannon Michael Bozeman (2) count(s) 1, Pablo Sanchez (3) count(s) 1, Marcie Ann Johnson (4) count(s) 1, Jennifer Kaye Figueroa (5) count(s) 1. (sjc, ) (Entered: 03/25/2008) |
| 03/21/2008 | 2 | MOTION for Detention Hearing by USA as to Defendant(s) Dwight David Wallace, Shannon Michael Bozeman, Pablo Sanchez, Marcie Ann Johnson, Jennifer Kaye Figueroa. (sjc, ) (Entered: 03/25/2008) |
| 03/21/2008 | 3 | Praecipe for Warrant by Plaintiff USA as to all defendants. (sjc, ) (Entered: 03/25/2008) |
| 03/24/2008 | 4 | Warrant Issued as to Pablo Sanchez. (sjc, ) (Entered: 03/25/2008) |
| 05/16/2008 | 20 | Warrant Returned Executed on 5/9/08 in case as to Pablo Sanchez. (sdl, ) (Entered: 05/16/2008) |
| 05/30/2008 | 35 | Rule 5 Documents - Hearing held in District of Utah. Documents received include docket sheet, Commitment to Another District, Waiver of Rule 5 & 5.1 Hearings as to Pablo Sanchez. (sdl, ) (Entered: 06/03/2008) |
| 06/04/2008 | | ATTORNEY APPOINTMENT: Peter Craig Silva appearing for defendant Pablo Sanchez (sjc, ) (Entered: 06/04/2008) |
| 06/05/2008 | 39 | NOTICE OF HEARING as to Pablo Sanchez, Detention Hearing/ Arraignment set for 6/12/2008 04:15 PM (stacked setting) in Casper before Judge R Michael Shickich. (cc: all counsel via email)(stbd) (Entered: 06/05/2008) |
| 06/09/2008 | 42 | MOTION for Leave to *Utilize Shannon Rezanina as Legal Assistant* by Defendant(s) Pablo Sanchez. (Attachments: # 1 Proposed Order)(Silva, Peter) (Entered: 06/09/2008) |

| | | | |
|---|---|---|---|
| 06/12/2008 | 46 | | Minute Entry: Arraignment and Detention Hearing as to Pablo Sanchez (3) Count 1 held on 6/12/2008. Defendant pled not guilty. Parties will have 20 days to file motions. Defendant detained pending trial. Proceedings held before Judge R Michael Shickich. (Tape #FTR Gold 160.)(sds, ) (Entered: 06/17/2008) |
| 06/18/2008 | 47 | | ORDER for Discovery as to Pablo Sanchez by the Honorable Judge R Michael Shickich.(sjc, ) (Entered: 06/18/2008) |
| 06/18/2008 | 48 | | NOTICE OF HEARING as to Dwight David Wallace, Shannon Michael Bozeman, Pablo Sanchez, Marcie Ann Johnson, Jennifer Kaye Figueroa, Jury Trial set for 7/7/2008 09:30 AM in Casper before Judge William F Downes. (sjc, ) (Entered: 06/18/2008) |
| 06/18/2008 | 49 | | AMENDED ORDER for Discovery as to Pablo Sanchez by the Honorable Judge R Michael Shickich (incorrect defendant name on original order).(sjc, ) (Entered: 06/18/2008) |
| 06/19/2008 | 51 | | MOTION to Continue *Trial* by Defendant(s) Pablo Sanchez. (Attachments: # 1 Proposed Order)(Silva, Peter) (Entered: 06/19/2008) |
| 06/19/2008 | 52 | | ORDER OF DETENTION as to Pablo Sanchez by the Honorable Judge R Michael Shickich.(sjc, ) (Entered: 06/19/2008) |
| 06/19/2008 | 53 | | ORDER Allowing the Use of Legal Assistant by the Honorable Judge William F Downes granting 42 Motion for Leave to as to Pablo Sanchez (3). A total of 20 hours is permitted. (stbd) (Entered: 06/20/2008) |
| 06/23/2008 | 56 | | WAIVER of Speedy Trial by defendant Pablo Sanchez (stbd) (Entered: 06/23/2008) |
| 06/25/2008 | 59 | | NOTICE OF HEARING as to Dwight David Wallace, Pablo Sanchez, Marcie Ann Johnson, Jennifer Kaye Figueroa, Jury Trial reset for 8/18/2008 09:30 AM in Casper before Judge William F Downes. (Previously set for 7/7/2008)(stbd) (Entered: 06/25/2008) |
| 08/04/2008 | 67 | | MINUTE ORDER by the Honorable Judge William F Downes as to Dwight David Wallace, Pablo Sanchez, Marcie Ann Johnson, Jennifer Kaye Figueroa: Pursuant to the trial date of August 18, 2008, the parties are directed to submit either a joint written status report to the Court regarding their readiness to proceed to trial or a Plea Agreement by August 8, 2008. (stbd, ) (Entered: 08/04/2008) |
| 08/08/2008 | 68 | | STATUS REPORT *Regarding Trial* by USA as to defendant Dwight David Wallace, Pablo Sanchez, Marcie Ann Johnson, Jennifer Kaye Figueroa (Healy, Stuart) (Entered: 08/08/2008) |
| 08/08/2008 | 69 | | NOTICE *Status Notice* by defendant Pablo Sanchez (Silva, Peter) (Entered: 08/08/2008) |
| 08/08/2008 | 70 | | MINUTE ORDER by the Honorable Judge William F Downes extending deadline to enter into a plea agreement to August 14, 2008, re 68 Status Report filed by USA.(sdf) (Entered: 08/08/2008) |
| 08/14/2008 | 71 | | MOTION for Leave to *File Plea Agreement* by Defendant(s) Pablo Sanchez. (Attachments: # 1 Proposed Order)(Silva, Peter) (Entered: 08/14/2008) |

| | | |
|---|---|---|
| 08/14/2008 | 72 | ORDER by the Honorable Judge William F Downes granting 71 Motion for Leave to File Plea Agreement as to Pablo Sanchez. Plea agreement deadline is extended to August 19, 2008. The trial date of August 18, 2008 is hereby Vacated by the Court.(sds, ) (Entered: 08/14/2008) |
| 08/25/2008 | 78 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - PLEA AGREEMENT as to Pablo Sanchez. (sdl, ) (Entered: 08/25/2008) |
| 08/26/2008 | 79 | NOTICE OF HEARING as to Pablo Sanchez, Change of Plea Hearing set for 9/2/2008 03:30 PM in Casper before Judge R Michael Shickich. (stbd, ) (Entered: 08/26/2008) |
| 08/27/2008 | 85 | MOTION to Continue *COP Hearing* by Defendant(s) Pablo Sanchez. (Attachments: # 1 Proposed Order)(Silva, Peter) (Entered: 08/27/2008) |
| 08/28/2008 | 87 | ORDER Continuing Change of Plea by the Honorable Judge R Michael Shickich granting 85 Motion to Continue as to Pablo Sanchez (3) (stbd, ) (Entered: 08/28/2008) |
| 09/05/2008 | 90 | NOTICE OF HEARING as to Pablo Sanchez, Change of Plea Hearing set for 9/9/2008 02:30 PM in Casper before Judge R Michael Shickich. (stbd, ) (Entered: 09/05/2008) |
| 09/09/2008 | 91 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - ELEMENTS OF THE CRIME AND PROSECUTOR'S STATEMENT filed by USA as to Defendant Pablo Sanchez (Healy, Stuart) (Entered: 09/09/2008) |
| 09/09/2008 | 93 | Minute Entry: Change of Plea Hearing as to Pablo Sanchez, Guilty plea entered. Court is satisfied there is factual basis for plea of guilty; right to appeal NOT waived by defendant; all parties consent to plea before Magistrate. Proceedings held before Judge R Michael Shickich. (Tape #164.)(sdf) (Entered: 09/09/2008) |
| 09/09/2008 | 94 | NOTICE OF HEARING as to Pablo Sanchez, Sentence date set for 11/24/2008 09:30 AM in Casper before Judge William F Downes. (All parties notified via email)(sdf) (Entered: 09/09/2008) |
| 09/09/2008 | 95 | NOTICE OF HEARING as to Pablo Sanchez, Sentencing set for 11/24/2008 09:30 AM in Casper before Judge William F Downes. (All parties notified via email)(sdf) DUPLICATE ENTRY Modified on 9/10/2008 (sdf, ). (Entered: 09/09/2008) |
| 11/14/2008 | 111 | NOTICE OF HEARING as to Pablo Sanchez, Sentencing reset for 11/25/2008 08:30 AM in Casper before Judge William F Downes. (Previously scheduled for 11/24/2008 and reset by the Court)(stbd) (Entered: 11/14/2008) |
| 11/21/2008 | 112 | NOTICE *of Request for Federal Penitentiary* by defendant Pablo Sanchez (Silva, Peter) (Entered: 11/21/2008) |
| 11/21/2008 | 113 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - MOTION for Order by Defendant(s) Pablo Sanchez. (Silva, Peter) (Entered: 11/21/2008) |
| 11/25/2008 | 115 | Minute Entry: Sentencing held on 11/25/2008 for Pablo Sanchez (3), Count 1, Sentenced to 216 months imprisonment; 5 years supervised release with special conditions; pay $100 special assessment and $500 fine. Proceedings held before Judge |

| | | |
|---|---|---|
| | | William F Downes. (Court Reporter Jamie Hendrich.)(stbd) (Entered: 11/26/2008) |
| 11/26/2008 | 116 | JUDGMENT and COMMITMENT as to Pablo Sanchez (3), Count(s) 1, Sentenced to 216 months imprisonment; 5 years supervised release with special conditions; pay $100 special assessment; fine waived by the Honorable Judge William F Downes.(sjc, ) (Entered: 11/26/2008) |
| 12/18/2008 | 121 | CJA 20 Payment made to Peter Craig Silva regarding Defendant Pablo Sanchez in the amount of $6,941.42 from voucher number 081212000095. (jl, ) (Entered: 12/18/2008) |
| 12/18/2008 | | CJA 21 Payment made to Shannon Rezanina regarding Defendant Pablo Sanchez in the amount of $132.00 from voucher number 081212000016. (jl, ) (Entered: 12/18/2008) |
| 03/16/2009 | 128 | Judgment Returned Executed as to Pablo Sanchez on 2/12/09. (sdl, ) (Entered: 03/16/2009) |
| 11/24/2009 | 136 | EX-PARTE/NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - MOTION for Order by USA, Pablo Sanchez as to Defendant(s) Pablo Sanchez. (Attachments: # 1 Proposed Order)(Healy, Stuart) (Entered: 11/24/2009) |
| 01/05/2010 | 137 | NOTICE *of Request for 5k1.1. Hearing* by defendant Pablo Sanchez (Silva, Peter) (Entered: 01/05/2010) |
| 01/07/2010 | 138 | EX-PARTE/NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - NOTICE OF HEARING ON 136 MOTION for Order : as to Pablo Sanchez. Motion Hearing set for 1/26/2010 11:30 AM before Judge William F Downes. All parties shall appear by telephone. USA is to initiate the call, through a conference call operator, and connect to the Court at 307-232-2600. The call is to include the defendant and his case manager from his place of incarceration. (sds, ) (Entered: 01/07/2010) |
| 01/26/2010 | 139 | Minute Entry: Motion Hearing as to Pablo Sanchez held on 1/26/2010 re 136 EX-PARTE/NON-PUBLIC DOCUMENT MOTION for Order Proceedings held before Judge William F Downes. (Court Reporter Jamie Hendrich.) (sdf, ) (Entered: 01/28/2010) |
| 01/26/2010 | 140 | NON-PUBLIC DOCUMENT - ORDER by the Honorable Judge William F Downes EX-PARTE/NON-PUBLIC ORDER pursuant to the Judicial Conference Policy on Privacy and Public Access - granting 136 Motion for Order as to Pablo Sanchez (3).(sdf, ) (Entered: 01/28/2010) |
| 06/05/2014 | 161 | SATISFACTION OF JUDGMENT as to monetary imposition filed by USA as to defendant Pablo Sanchez (Klaassen, Mark) (Entered: 06/05/2014) |
| 05/13/2015 | 162 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access, ORDER REGARDING SENTENCE - USSC Amendment as to Pablo Sanchez (3), Count(s) 1 by the Honorable Alan B Johnson. Certified copies to USMS and FPD (Denver) on 5/14/15.(Court Staff, szr) (Entered: 05/14/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/25/2017 15:41:01 | | | |
| **PACER Login:** | jenny1694:4322408:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cr-00079-WFD |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |