To: Judge Robert J. Shelby

351 West Temple

SLC, UT 8411

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

AUG 14 2018

D. MARK JONES, CLERK

BY_____ DEPUTY CLERK

From: Pablo Sanchez

1175 South 2nd West Apt#3

SLC, UT 84101

Dear Judge Shelby,

Your Honor I am writing to petition the court for early release from probation. While I was In prison I successfully completed the RDAP program and also some college courses.

When I was at the halfway house I completed the aftercare program at DeNovo addition treatment center. I have passed every drug test that I have been administered and frankly I am not interested in taking drugs ever again.

I am grateful for the time I spent in prison. The amount of personal growth I experienced in my personal life is unparallel.

I have maintained continuous employment with the same company since my release. No restitution, no fines.

Thank you for taking the time to read and consider my request.

Sincerely,

*Pablo Sanchez*

Pablo Sanchez.

Probation Officer: Cordell Wilson

Case# 2:17-CR-0050-1